UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN CHENCINSKI, and
DOROTHY COLLINS,

    Plaintiffs,

v.                                  Case No. 13-CV-10519

MARK MURGA, ABHIJOT TRANSPORT, INC.,
and THYSSEN KRUPP

    Defendants.
_____/

## JUDGMENT

In accordance with the court's July 23rd, 2013 "Opinion and Order Granting Defendants' 'Motion for Dismissal . . . ,'"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants' Mark Murga, Abhijot Transport, Inc, and ThyssenKrupp Industrial Services Canada, Inc., and against Plaintiffs Marilyn Chencinski and Dorothy Collins.  Dated at Detroit, Michigan, this 23rd of July, 2013.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                              BY: s/Richard Loury for Lisa Wagner
                                  Lisa Wagner, Deputy Clerk
                                  and Case Manager to
                                  Judge Robert H. Cleland